# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 21-00321-JLS (SKx) | Date | June 16, 2021 |
|---|---|---|---|
| Title | Mister Bailey v. Juan Miguel Landa | | |

PRESENT:   **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT**

Defendant, having failed to comply with the Court's Order Setting Scheduling Conference dated April 14, 2021 (Doc. 13), and having failed to comply with the Court's June 2, 2021 Order (Doc. 16), which gave Defendant the opportunity to cure his prior failure to comply, is hereby **ORDERED TO SHOW CAUSE** as to why default should not be entered against him.  Defendant shall file his response to this Order to Show Cause no later than **July 2, 2021.**  Failure to timely and adequately respond will result in the entry of default against him.

|  | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | mku | | |